IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 09-cv-00151-CBS-KLM

JOYCE PITTMAN,
    Plaintiff,
v.

VINCI LAW OFFICE,
    Defendant.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On July 31, 2009, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 31).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 09-cv-00151-CBS-KLM**.

II.    Order of Reference

The Order of Reference dated January 28, 2009 (doc. # 3) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for*

1

*settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A settlement conference remains currently set on October 2, 2009 at 1:30 p.m. before Magistrate Judge Mix.

III.   Order

    A.   The deadlines and settings set forth in the Scheduling Order dated July 23, 2009 (doc. # 29) remain unchanged.

    B.   The Final Pretrial Conference set on Monday May 24, 2010 at 9:45 a.m. will take place before Magistrate Judge Shaffer in Courtroom A-402, 4th Floor of the Alfred A. Arraj United States Courthouse, 901 Nineteenth St., Denver, Colorado.  The parties shall submit a proposed final pretrial order no later than Monday May 17, 2010.

    C.   **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Wednesday November 4, 2009 at 9:15 a.m.** Mountain Time.  Counsel for Plaintiff and Defendant shall arrange a telephone conference call among themselves before telephoning the court at (303) 844-2117 at the scheduled time.

DATED at Denver, Colorado, this 31st day of July, 2009.

                                              BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge